In re BATS TRADING, INC. (Also known as Bats Exchange, Inc.), The NASDAQ OMX Group, Inc., NASDAQ OMX PHLX, Inc., International Securities Exchange, LLC, Chicago Board Options Exchange, Incorporated, NYSE Euronext, NYSE Arca, Inc., NYSE Amex, LLC, Securities Industry Automation Corporation, Options Price Reporting Authority, Boston Options Exchange Group, LLC, CME Group, Inc., Board of Trade of the City of Chicago, Inc., and New York Mercantile Exchange, Inc., Petitioners.

Misc. No. 964.

United States Court of Appeals, Federal Circuit.

Nov. 5, 2010.

ON MOTION

ORDER

Upon consideration of Realtime Data, LLC's unopposed motion for a ten-day extension of time, until November 22, 2010, to file its response to BATS Trading, Inc. et al.'s petition for a writ of mandamus,

IT IS ORDERED THAT:

The motion is granted.